**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 10 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREDERICK E. LEONARD, | No. 19-15524 |
| Plaintiff-Appellant, | D.C. No. 2:16-cv-02767-DB |
| v. | |
| M. THOMPSON; S. CLEMENTE, | MEMORANDUM* |
| Defendants-Appellees, | |
| and | |
| J. METZGER, | |
| Defendant. | |

Appeal from the United States District Court
for the Eastern District of California
Deborah L. Barnes, Magistrate Judge, Presiding

Submitted March 3, 2020**

Before:    MURGUIA, CHRISTEN, and BADE, Circuit Judges.

Former pretrial detainee Frederick E. Leonard appeals pro se from the

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

district court's summary judgment in his 42 U.S.C. § 1983 action alleging failure-to-protect and due process claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether the magistrate judge validly entered judgment on behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Leonard consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then dismissed a claim against defendant Metzger before Metzger had been served. *See* 28 U.S.C. § 1915A. Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *see Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's July 25, 2017 order and remand for further proceedings as to the dismissed claims.

In light of our disposition, we do not consider Leonard's contentions regarding summary judgment.

Leonard's "motion to object" (Docket Entry No. 19) is denied.

The parties shall bear their own costs on appeal.

**VACATED and REMANDED.**

19-15524